[No. 19843-0-III.   Division Three.   March 28, 2002.]

*In the Matter of the Personal Restraint of* ROBERT W.
WOOTTON, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 20104-0-III.   Division Three.   March 28, 2002.]

*In the Matter of the Marriage of* LYNNETTE R. GRAFFIS, *Respondent,* and KEVIN H. GRAFFIS, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 00-3-00016-4, Wallis W. Friel, J., entered March 19, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 25015-2-II.   Division Two.   March 29, 2002.]

DUKE MA'ELE, *Appellant,* v. FLORINE ARRINGTON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08056-1, Kitty-Ann van Doorninck, J., entered August 27, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ. Now published at 111 Wn. App. 557.